# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Hitendrakumar Patel | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 2:23-cv-703 |
| | ) |
| Ur Jaddou, *Director, U.S. Citizenship and Immigration Services* | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 11) filed April, 26, 2024, Defendant's Motion to Dismiss (Document No. 10) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: April 29, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 4/29/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
Signature of Clerk or Deputy Clerk